**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CYNTHIA L. STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-12-418-M |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On March 26, 2013, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance and supplemental security income benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by April 15, 2013. Plaintiff has timely filed her objections.

Having carefully reviewed this matter de novo, the Court:

(1)    ADOPTS the Report and Recommendation issued by the Magistrate Judge on March 26, 2013, and

(2)    AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 22nd day of May, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE